IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FIRST EXPRESS INC.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 2:22-CV-00121-BSM**

**DART TRANSIT COMPANY,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE